IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | CV 20–176–M–DLC |
| Plaintiff and Counter-Defendant, | ORDER |
| vs. | |
| NORTHWEST PAINTING, INC. d/b/a NORTHWEST FACTORY FINISHES, | |
| Defendant and Counter-Plaintiff. | |

Before the Court is Plaintiff and Counter-Defendant the Cincinnati Insurance Company's unopposed motion to file an exhibit under seal. (Doc. 67.) Cincinnati has lodged the document under seal. (Doc. 68.) The Court will grant the motion.

Accordingly, IT IS ORDERED the motion (Doc. 67) is GRANTED. Cincinnati need not take any further action. L.R. 5.2(g)(2).

DATED this 5th day of January, 2022.

Dana L. Christensen, District Judge
United States District Court

1