IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>　　　　Plaintiff and<br>　　　　　Counter-Defendant,<br><br>　vs.<br><br>NORTHWEST PAINTING, INC. d/b/a NORTHWEST FACTORY FINISHES,<br><br>　　　　Defendant and<br>　　　　　Counter-Plaintiff. | CV 20–176–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 72.)

Accordingly, IT IS ORDERED the above-captioned matter, including any pending claims and counterclaims, is DISMISSED with prejudice, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 8th day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1